# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| Plaintiff, | § | |
| | § | EP-23-CV-00264-FM |
| v. | § | |
| **ELITE INSURANCE PARTNERS, LLC,** a Delaware Limited Liability Company, | § | |
| Defendant. | § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Notice of Dismissal with Prejudice" [ECF No. 4], filed October 20, 2023, by Brandon Callier ("Plaintiff"). A plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," the effect of which is dismissal without prejudice unless the notice or stipulation states otherwise.[1] The record reflects that the Defendant has not filed an answer or motion for summary judgment. Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.
2. All pending motions, if any, are **DENIED AS MOOT**.
3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **23rd** day of **October 2023.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i).

1